UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IMPERIAL TRADING CO., INC, *ET AL.*, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO: 06-4262 |
| | : | |
| TRAVELERS PROPERTY CASUALTY | : | |
| COMPANY OF AMERICA, | : | SECTION "R" (4) |
| | : | |
| Defendant. | : | |

## JUDGMENT

This matter came before the Court for jury trial from August 5 to August 13, 2009. Pursuant to the jury verdict returned on August 13, 2009 (Rec. Doc. 364), judgment is hereby rendered jointly in favor of AMA Distributors, Inc. ("AMA") and Lucky Coin Machine Company ("Lucky Coin") and against Travelers Property Casualty Company of America ("Travelers") as follows: $1,200,000 for building and appurtenant signage damages; $400,000 for contents (including software) damages; $157,588 for debris removal; and prejudgment interest on these amounts at the Louisiana judicial legal interest rate from the date of judicial demand until the date of this Judgment and post-judgment interest after the date of this Judgment pursuant to 28 U.S.C. section 1961(a).

In addition, judgment is hereby rendered jointly in favor of AMA Distributors, Inc. and Lucky Coin Machine Company and against Travelers Property Casualty Company of America in

2

the amount of $312,500 for penalties under La. Rev. Stat. 22:658 (now La. Rev. Stat. 22:1892), plus post-judgment interest from the date of this Judgment pursuant to 28 U.S.C section 1961(a).

IT IS FURTHER ORDERED that Travelers shall pay AMA/Lucky Coin's costs.

Pursuant to the settlement of the parties, the claims of all other plaintiffs are hereby dismissed, with prejudice, with each party liable for its own costs.

New Orleans, Louisiana, this __11th__ day of September, 2009.

_____
SARAH S. VANCE
CHIEF UNITED STATES DISTRICT JUDGE