**MINUTE ENTRY**
**VANCE, J.**
**SEPTEMBER 16, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IMPERIAL TRADING CO., INC., ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-4262** |
| **TRAVELERS PROPERTY CASUALTY CO, ET AL.** | **SECTION "R"** |

### SHOW CAUSE HEARING

**CASE MANAGER: JAY SUSSLIN**
**COURT REPORTER: TONI TUSA**

**APPEARANCES:**  JOHN MALLOY
TERRELL MICELI
RICK STANLEY
STEPHEN GOLDAMN
JOSEPH GUICHET
RALPH HUBBARD
KEVIN MCKNIGHT

Court begins.
Counsel and parties address the Court.
Court declines to sanction counsel.
Court adjourns.

**JS-10: 00:15**